PHILLIP A. TALBERT
Acting United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARVIN OTIS WOODS, <br><br> Defendant. | CASE NO. 2:15-CR-00032-MCE <br><br> **MOTION TO DISMISS INFORMATION** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through the undersigned, hereby moved this Honorable Court for an Order dismissing the Information against Marvin Otis Woods in the above captioned matter.

On September 9, 2015, the United States received a report confirming that the defendant passed away on September 7, 2015. Accordingly, federal prosecution is no longer warranted.

Dated: November 16, 2021

PHILLIP A. TALBERT
Acting United States Attorney

 /s/ Michelle Rodriguez
MICHELLE RODRIGUEZ
Assistant United States Attorney

Motion to Dismiss Information                1