PHILLIP A. TALBERT
Acting United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARVIN OTIS WOODS, <br><br> Defendant. | CASE NO. 2:15-CR-00032-MCE <br><br> **ORDER DISMISSING INFORMATION** |

On November 16, 2021, the United States filed a motion to dismiss the pending Information against defendant Marvin Otis Woods in case number 2:15-CR-00032-MCE.

IT IS HEREBY ORDERED that the motion to dismiss the pending Information is granted.

IT IS SO ORDERED.

DATED: November 18, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE